ALEXANDER B. CVITAN (SBN 81746)
Email: alc@rac-law.com
J. DAVID SACKMAN (SBN 106703)
Email: jds@rac-law.com
MARSHA M. HAMASAKI (SBN 102720),
Email: marshah@rac-law.com, Members of
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860, Facsimile: (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Co.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,

Plaintiff,

vs.

MORROW-MEADOWS CORPORATION, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,

Defendants.

Case No: 2:16-cv-07454-MWF-AS

**NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**[Fed. R. Civ.P. 56(a)]**

Hearing
Date: March 27, 2017
Time: 10:00 a.m.
Place: Courtroom 5A, 5th Floor
350 W. 1st Street
Los Angeles, California 90012

NOTICE is hereby given that the Motion of Plaintiff for Partial Summary Judgment against Defendant Morrow-Meadows Corporation will be heard at the above date and time, in Courtroom 5A of this Court, located at 350 W. 1st Street, Los Angeles, California 90012.

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF"), on behalf of the employee benefit plans set forth in its complaint ("Trust Funds"), hereby Moves for Summary Judgment as to its Second Claim against Defendant Morrow-Meadows Corporation, only, for injunctive relief ordering an audit, as more fully set forth in the attached Proposed Order and accompanying Statement of Uncontroverted Facts.

This motion is based on this Notice and Motion, the attached Proposed Judgment and Statement of Uncontroverted Facts and Conclusions of Law, the accompanying Memorandum of Points and Authorities, the Declarations of Richard Quevedo and J. David Sackman, including attached exhibits, all of the pleadings and papers on file in this case, and such further evidence and argument as may be presented at the hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 19, 2016, and as discussed in Court at the Scheduling Conference on January 9, 2017.

Respectfully Submitted,

Dated: February 24, 2017

ALEXANDER B. CVITAN,
J. DAVID SACKMAN, and
MARSHA M. HAMASAKI, Members of
REICH, ADELL & CVITAN,
A Professional Law Corporation

By: /s/ J. David Sackman
J. DAVID SACKMAN
Attorneys for Plaintiff