# LABORERS' SHORT-FORM AGREEMENT

# FOR THE CONSTRUCTION INDUSTRY

The undersigned Employer and the Southern California District Council of Laborers (Union), on behalf of itself and its affiliated Local Unions #89, San Diego County, #220, Bakersfield, #300, Los Angeles, #439, Pasadena, #507, Long Beach, #585, Ventura, #591, Santa Barbara, #652, Santa Ana, #783, San Bernardino, Inyo and Mono, #802, Wilmington, #806, Pomona, #1082, El Monte, #1184, Riverside and Imperial, #1222, Santa Maria, and #1464, San Luis Obispo, agree as follows:

## I
## RECOGNITION

The Employer recognizes the Union as the exclusive collective bargaining representative of all employees of the Employer over whom the Union has jurisdiction in the 12 Southern California Counties.

## II
## ADOPTION OF MASTER LABOR AGREEMENTS

A. The Employer and the Union adopt by reference and agree to be bound by the current multi-employer Construction Master Labor Agreements for the Eleven Southern California Counties and for San Diego County (Master Labor Agreements), except as expressly provided otherwise in this Agreement.

B. Unless this Agreement is terminated as provided in Article IV-A below, the parties shall be bound by all modifications, amendments, extensions, and new or successor Master Labor Agreements as may be negotiated by the Union through multi-employer bargaining.

## III
## PROCEDURE FOR SETTLEMENT OF DISPUTES

A. In lieu of the grievance and arbitration procedures contained in the Master Labor Agreements, all grievances or disputes between the parties to this Agreement shall be adjusted as provided in this Article.

B. A grievance or dispute by the Employer shall be presented to the Local Union affiliated with the Union having geographical jurisdiction in the area where the dispute arose. A grievance by the Union or by a Local Union shall be presented to the Employer.

C. If the parties are unable to resolve the grievance within three days after presentation, the grieving party may write for a list of seven arbitrators to the Federal Mediation and Conciliation Service or to the American Arbitration Association. The party against whom the grievance was filed shall strike the name of an arbitrator from the list, and the parties shall thereafter strike alternately until the name of one person remains, who shall be the arbitrator. If one party does not strike

names within two work days after a written request to do so, the other party may select as the arbitrator any of the persons on the list. The arbitrator's decision on the grievance or dispute shall be final and binding. The expenses of the arbitrator shall be borne by the losing party.

D. If the arbitrator finds a hiring hall or subcontracting violation, he or she shall issue an injunction against continued and future violations, and shall award damages to the Union or grieving Local Union in the amount of the equivalent of the wages lost by members of the Local Union, and to the Laborers' Trust Funds in the amount of contributions lost as a result of the violation.

E. A legal action may be brought to enforce a claim by the Union or Local Union that the Employer has another entity which is or should be bound by this Agreement.

F. If legal action by the Union or Local Union is required to enforce this Agreement or an award, the Union or Local Union shall recover its attorneys' fees.

G. The following procedure applies to enforcement of wage rates.

1. Within 24 hours of a request by the Union or Local Union to the Employer, the Employer shall make available to an auditor designated by the requesting party its payroll records, books, and bid, and such other records as are required by the auditor to determine that the Employer is complying with the wage provisions of the Master Labor Agreement. If the Employer fails to make the documents available within 24 hours, it shall be irrebuttably presumed that a violation occurred.

2. The Union or Local Union may sue or grieve to correct a violation of the wage provisions of the Master Labor Agreement, and if a violation is found, or where there is a presumption of a violation, the Union or Local Union shall recover its attorneys' fees, audit costs, payment to the employees of the difference between that which they were paid and the amount to which they were entitled, interest to the employees from the date the amounts were due at the highest legal rate, and 20% liquidated damages to the Union or Local Union on the total amount, or $500.00, whichever is greater.

3. Upon a finding by an auditor of a second violation, the Employer shall lose the benefit of any wage provisions of the Master Labor Agreement providing for the payment of less than the construction rate from the date the violation occurred and for the remainder of this Agreement, in addition to the provisions of Section 2, above.

## IV
## TERMINATION

A. This Agreement shall be effective as of the date entered below (except that in the case of an Employer having a previous labor agreement with the Union, this Agreement shall be retroactive to the expiration of the previous agreement), and shall continue in effect for the full term of the Master Labor Agreements, and

H H
104344

for such additional term or terms of new or successor Master Labor Agreements, unless either party gives written notice of intent to terminate the Master Labor Agreements not more than one hundred twenty days nor less than ninety days prior to the expiration date of the Master Labor Agreements then in effect which the party seeks to terminate. Notice to the Union is effective only upon receipt.

B. This Agreement is not entered into with the intent to repudiate it later. Should this Agreement be repudiated by the Employer, it shall continue to be liable for the economic benefits for the term of this Agreement.

EMPLOYER:

MORROW MEADOWS CORPORATION
Print name of company

By [signature]
Signature

J. Robert Meadows
Print name of person signing

President
Title

C-10# 230813
State license number

610 Reyes Dr.
Company address

Walnut, CA 91789
City, State, Zip

(714) 598-7700
Telephone number

Highlands Insurance Co.
Workers' Comp. Ins. Carrier

UNION:

SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

[signature] Pres.

James E. Reyes Sec'y

Ray M. Wilson Bus.Mgr.

LOCAL UNION NO. 300

By [signature]
Signature

Jaime Hernandez
Print name of person signing

7-2-87
Date

Rev. 9/86