# LABORERS' HEALTH & WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA

Page

ARTICLE I. PARTIES TO AGREEMENT .......... 1

ARTICLE II. REASONS FOR AGREEMENT .......... 3

ARTICLE III. DEFINITIONS .......... 3
1. Collective Bargaining Agreement .......... 3
2. Employer .......... 4
3. Employee .......... 5
4. Union .......... 7
5. Fund .......... 7
6. Trustees .......... 8
7. Plan .......... 8

ARTICLE IV. CREATION OF TRUST .......... 8
1. Establishment of Fund .......... 8
2. Purpose .......... 9
3. Nature of Fund .......... 9
4. Location of Fund .......... 9
5. Rights of Parties .......... 10

ARTICLE V. TRUSTEES .......... 10
1. Number .......... 10
2. Appointment .......... 10
3. Term of Trustees .......... 12
4. Removal of Trustees .......... 12
5. Resignation .......... 12
6. Successor Trustees .......... 13
6½ Withdrawal of Association .......... 13
7. Trustee Officers .......... 14
8. Duties of Officers .......... 15
9. Quorum .......... 16
10. Meetings .......... 16
11. Voting .......... 16
12. Action without meeting .......... 17
13. Action in event of deadlock .......... 17
14. Compensation of Trustees .......... 20
15. Liability of Trustees .......... 21
16. Functions, powers and duties of Trustees .......... 23
   (a) Power of attorney .......... 23
   (b) Administration of Fund .......... 24
   (c) Deposit of monies .......... 24
   (d) Fidelity bonds .......... 25
   (e) Investments .......... 25
   (f) Expenditures .......... 26
   (g) General powers .......... 27

ARTICLE VI. CONTRIBUTIONS .................................... 31
1. Rate of contributions .................................... 31
2. Change in rate of contributions .................................... 33
3. Period of contributions .................................... 34
4. Default in payment .................................... 34
5. Liquidated damages and interest .................................... 35
6. Economic action .................................... 38
7. Reports .................................... 38
8. Advancement of premium .................................... 39
9. Rights in the Fund .................................... 39

ARTICLE VII. BENEFITS .................................... 41
1. Insurance contracts .................................... 41
2. Liability of benefits .................................... 41
3. Program of benefits .................................... 42
4. Eligibility requirements .................................... 42
5. Self-funding .................................... 42

ARTICLE VIII. ADMISSION OF ADDITIONAL EMPLOYERS OR EMPLOYEES ..... 43
1. Additional employers .................................... 43
2. Additional employees .................................... 44
3. Withdrawal .................................... 45
4. Trustees not affected .................................... 45
5. Certificate of acceptance .................................... 45
6. Non-association member employer .................................... 46
7. Effect of contribution to Fund .................................... 46

ARTICLE IX. AMENDMENT OF TRUST .................................... 46
1. Amendments .................................... 46
2. Limitation on right to amendment .................................... 47
3. Notification of amendment .................................... 48

ARTICLE X. DURATION AND TERMINATION .................................... 48
1. Original term, renewal and termination .................................... 48
2. Power of termination .................................... 49
3. Disposition of funds .................................... 50
4. Maximum term .................................... 51

ARTICLE XI. MISCELLANEOUS PROVISIONS .................................... 51
1. Interpretation by taxing authorities .................................... 51
2. Liability of parties to this Agreement .................................... 52
3. Audit of Fund .................................... 53
4. Trustee as beneficiary .................................... 53
5. Separability of Agreement .................................... 53
6. Authority of Associations .................................... 54
7. Notices .................................... 55
8. Successor and assigns .................................... 55
9. Construction of terms .................................... 55

ARTICLE XII. RETIRED EMPLOYEES .................................... 56
1. Definition .................................... 56
2. Benefits .................................... 56

expenses for the individual Employers and avoid or eliminate duplicating Employer contributions or insurance coverage with relation to the same Employee. Two-thirds vote of the Trustees pursuant to the provisions of Article V, Section 11, shall be required for such action.

## ARTICLE VI. CONTRIBUTIONS

**Section 1. Rate of Contributions.** In order to effectuate the purposes hereof, each Employer shall contribute to the Fund for which payment of wages or guaranteed compensation has been made to each Employee; the amount specified at that time in the Southern California Master Labor Agreement as the contribution to be made to the Laborers Health and Welfare Trust for Southern California by parties signatory or bound thereby. Such contribution shall be made by each Employer for the period for which each Employer is liable for said payments under his Collective Bargaining Agreement. The Employer will pay into the Fund the said sums referred to above for the total number of hours for which the Employee received pay. Contributions for non-bargaining Employees shall be determined by the Trustees.

**Section 2. Change in Rate of Contributions.** It is the intention of the parties that every Employer shall contribute to the Fund at the same rate, and that the rate of contributions shall be that rate which is provided in the Southern California Master Labor Agreement negotiated by the Joint Negotiating Committee between the Employer Associations and the Unions named in Article I

Liquidated damages shall be paid for each delinquent report even though a delinquent report shall show no contributions due; and shall be paid in addition to the liquidated damages and interest due on any contributions pertaining to the report. The Trustees, in their discretion, for good cause (and the Trustees shall have the sole right to determine what shall constitute good cause) shall have the right and power to waive all or any part of any sums due to the Fund as interest and liquidated damages.

**Section 6. Economic Action.** Nothing contained herein shall be deemed to authorize or prevent economic action by any Local Union against any Employer who is delinquent in his contributions to the Fund. All rights of any Local Union to refuse to furnish men to any delinquent Employer, or to withdraw Employees from the job of any delinquent Employer, or to strike or take other economic action against a delinquent Employer, shall be determined by the provisions of the Collective Bargaining Agreement and by applicable rules of law, and shall not be deemed affected in any way by this Agreement.

**Section 7. Reports.** All Associations, Employers and Unions participating in or making contributions to the Fund shall make such reports and statements to the Trustees with respect to the amount and calculation of any and all contributions, or with respect to any other matter pertinent to the establishment, maintenance and administration of the Plan and Fund, as the Trustees may deem necessary or desirable. The Trustees may, at reasonable times and during normal business hours, audit or cause the audit or an inspection of the records of any such parties which

may be pertinent in connection with said contributions and/or reports and insofar as same may be necessary to accomplish the purposes of this Trust Agreement. In the event such audit shall disclose that the Employer is in default in the payment of his contributions to the Fund, or if such audit shall be made by reason of the failure of the Employer to submit reports as required by the Trustees, the Employer shall, upon demand, pay to the Fund the actual costs of such audit.

**Section 8. Advancement of Premium.** Upon the failure of any Employer to make the required contributions when due hereunder, the Trustees shall have the right and power to pay or provide for payment from the Fund of the premiums necessary to provide the benefits hereunder to an eligible or the eligible Employees of such delinquent Employer, but the Trustees shall not be obligated, either to said Employees or said Employer, to make or provide such payments, and Trustees shall incur no liability whatsoever, either individually or collectively, for their failure or refusal to do so. In the event such payments are made by the Trustees from the Fund on behalf of a delinquent Employer, the Fund shall be reimbursed by said Employer for such payments, and the fact that the Trustees may have made such payments shall not alter or diminish the obligations of such Employer or the rights of the Trustees under this Section.

**Section 9. Rights in the Fund.** Neither the Associations, their members, or other Employers, the Union, any Trustee, any Employee, any beneficiary of the Health and Welfare Plan, nor any other person shall have any right, title or interest in the

# AGREEMENT AND DECLARATION OF TRUST ESTABLISHING THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA

(as amended to August 31, 1988)

## ARTICLE I - PARTIES TO AGREEMENT

This Agreement and Declaration of Trust is made and entered into in the County of Los Angeles, State of California, upon the considerations hereinafter set forth, by and between the following parties:

*1.01 Associations:

[(a)A. Southern California Chapter of the Associated General Contractors of America.][78-3]

(a) Associated General Contractors of California, Inc.[78-3]

[(b)B. Home Builders Association of Los Angeles, Orange and Ventura Counties, successor to Home Builders Institute, Inc.][26]

(b) Building Industry Association of California, Inc.[26]

Note: Brackets indicate text deleted by amendment. Underlining indicates text added by amendment. Where it appears to be helpful, the amendment number is also referenced at the end of the affected text.

* Amendment No. 26, adopted 8/13/68, effective 7/27/67; Amendment No. 78-3-T adopted 8/8/78, effective ______________; and Amendment No. 78-7-T adopted 12/12/78, effective 12/12/78.

5.23 The Board of Trustees shall procure fidelity bonds and such other bonds as may be required by law for each Trustee or other person authorized to receive, handle, deal with or draw upon the monies in the Fund for any purpose whatsoever, said bonds to be in such reasonable amount and to be obtained from such source as the Board shall determine. The cost of such bonds shall be paid out of the Fund.

5.24 The Board of Trustees shall maintain suitable and adequate records of and for the administration of the Fund and the Pension Plan. The Board may require the Associations, any Individual Employer, the Union, any Local Union, an Employee or Retired Employee, or any other beneficiary under the Pension Plan to submit to it any information, data, report or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, that the Union and Local Unions shall not be required to submit lists of membership. The parties agree that they will use their best efforts to secure compliance with any reasonable request of the Board for any such information, data, report or documents. The Trustees may, at reasonable times and during normal business hours, audit or cause the audit or an inspection of the records of any Individual Employer which may be pertinent in connection with said Contributions and/or reports and insofar as same may be necessary to accomplish the purposes of this Trust Agreement. In the event such audit or inspection shall disclose that the Individual Employer is in default in the payment of his Contributions to the

Fund, or if such audit or inspection shall be made by reason of the failure of the Individual Employer to submit reports as required by the Trustees, the Individual Employer shall, upon demand, pay to the Fund the actual costs of such audit or inspection.

5.25 The books of account and records of the Board of Trustees, including the books of account and records pertaining to the Fund shall be audited at least once a year by a qualified certified public accountant to be selected by the Board. The Board shall also make other reports required by law. A statement of the results of the annual audit shall be available for inspection by interested persons at the principal office of the Fund and at such other suitable place as the Board may designate from time to time. Copies of such statement shall be delivered to the Associations, the Union and each Trustee within fifteen (15) days after the statement is prepared.

5.26 The Trustees shall have the power in the name of the Corporate Co-Trustee, in their own names or otherwise, as in their discretion may be deemed necessary or desirable, to demand and enforce the prompt payment of Contributions to the Fund, including payments due to delinquencies as provided in Section 6.04, and to assert and enforce all priorities, lien rights, and other claims or rights with respect to any Contributions or payments belonging to the Fund, this Trust or any of its beneficiaries, including the rights to file priority and other claims in bankruptcy. If any Individual Employer defaults in the making

# AGREEMENT AND DECLARATION OF TRUST ESTABLISHING THE CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA

(as amended to August 31, 1988)

## ARTICLE I - PARTIES TO AGREEMENT

This Agreement and Declaration of Trust is made and entered into in the County of Los Angeles, State of California, upon the consideration hereinafter set forth, by and between the following parties:

*1.01 Associations:

(a) Associated General Contractors of California, Inc.

(b) Building Industry Association of California, Inc.

(c) Engineering Contractors Association

(d) Southern California Contractors Association, Inc.

* Amendment No. 11, adopted and effective 4/15/80.

counsel, one selected by the Union Trustees and one selected by the Employer Trustees, at such rate of compensation as may be determined appropriate by the Trustees.

5.22 The Board of Trustees shall procure fidelity bonds and such other bonds as may be required by law for each Trustee or other person authorized to receive, handle, deal with or draw upon the monies in the Fund for any purpose whatsoever, said bonds to be in such reasonable amount and to be obtained from such source as the Board shall determine. The cost of such bonds shall be paid out of the Fund.

5.23 The Board of Trustees shall maintain suitable and adequate records of and for the administration of the Fund and the Plan. The Board may require the Associations, any individual employer, the Union, any Local Union, an employee or any other beneficiary under the Plan to submit to it any information, data, report or documents reasonably relevant to and suitable for the purposes of such administration; provided; however, that the Union and the Local Unions shall not be required to submit lists of membership. The parties agree that they will use their best efforts to secure compliance with any reasonable request of the Board for any such information, data, report or documents. The Trustees may, at reasonable times and during normal business hours, audit or cause the audit or an inspection of the records of any individual employer which may be pertinent in connection

with said contributions and/or reports and insofar as same may be necessary to accomplish the purpose of this Trust Agreement. In the event such audit or inspection shall disclose that the individual employer is in default in the payment of his contributions to the Fund, or if such audit or inspection shall be made by reason of the failure of the individual employer to submit reports as required by the Trustees, the individual employer shall, upon demand, pay to the Fund the actual cost of such audit or inspection.

**5.24** The books of account and records of the Board of Trustees, including the books of account and records pertaining to the Fund, shall be audited at least once a year by a qualified certified public accountant to be selected by the Board. The Board shall also make other reports required by law. A statement of the results of the annual audit shall be available for inspection by interested persons at the principal office of the Fund and at such other suitable place as the Board may designate from time to time. Copies of such statement shall be delivered to the Associations, the Union and each Trustee within fifteen (15) days after the statement is prepared.

5.25 The Trustees shall have the power in their own names or otherwise, as in their discretion may be deemed necessary or desirable, to demand and enforce the prompt payment of contributions to the Fund, including payments due to delinquen-

1055/ADT2-LTRT
11/2/89

# AGREEMENT AND DECLARATION OF TRUST ESTABLISHING THE LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA

(as amended to August 31, 1989)

## ARTICLE I

## PARTIES TO THE AGREEMENT

This Agreement and Declaration of Trust is made and entered into in the County of Los Angeles, State of California, upon the considerations hereinafter set forth, by and between the following parties:

***1.01 Associations**

(a) Associated General Contractors of California, Inc.

(b) Building Industry Association of California, Inc.

(c) Engineering Contractors Association.

(d) Southern California Contractors Association, Inc.

**1.02 Union**

Southern California District Council of Laborers for and on behalf of the District Council and its affiliated

---

* Amendment No. 7, adopted and effective 12/21/79.

and such other bonds as may be required by law for each Trustee or other person authorized to receive, handle, deal with or draw upon the monies in the Fund for any purpose whatsoever, said bonds to be in such reasonable amount and to be obtained from such source as the Board shall determine. The cost of such bonds shall be paid out of the Fund.

5.23 The Board of Trustees shall maintain suitable and adequate records of and for the administration of the Fund and the Plan. The Board may require the Associations, any individual employer, the Union, any Local Union, any employee or any trainee under the Plan to submit to it any information, data, report or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, that the Union and the Local Unions shall not be required to submit lists of membership. The parties agree that they will use their best efforts to secure compliance with any reasonable request of the Board for any such information, data, report or documents. The Trustees may, at reasonable times and during normal business hours, audit or cause the audit or an inspection of the records of any individual employer which may be pertinent in connection with said contributions and/or reports and insofar as same may be necessary to accomplish the purpose of this Trust Agreement. In the event such audit or inspection shall disclose that the individual employer is in default in the payment of his contributions to the Fund, or if such audit or inspection shall be made by reason of

the failure of the individual employer to submit reports as required by the Trustees, the individual employer shall, upon demand, pay to the Fund the actual cost of such audit or inspection.

**5.24** The books of account and records of the Board of Trustees, including the books of account and records pertaining to the Fund, shall be audited at least once a year by a qualified certified public accountant to be selected by the Board. The Board shall also make other reports required by law. A statement of the results of the annual audit shall be available for inspection by interested persons at the principal office of the Fund or at such other suitable place as the Board may designate from time to time. Copies of such statement shall be delivered to the Associations, the Union, and each Trustee within fifteen (15) days after the statement is prepared.

**5.25** The Trustees shall have the power in their own names or otherwise, as in their discretion may be deemed necessary or desirable, to demand and enforce the prompt payment of contributions to the Fund, including payments due to delinquencies as provided in Section 9.04, to assert and enforce all priorities, lien rights, and other claims or rights with respect to any contributions or payments belonging to the Fund, this Trust or any of its beneficiaries, including the right to file priority and other claims in bankruptcy. If any individual employer defaults in the making of such contributions or payments

# RESTATED
# AGREEMENT AND DECLARATION OF TRUST
# FOR THE
# CENTER FOR CONTRACT COMPLIANCE

This Agreement and Declaration of Trust is made and entered into in the County of Los Angeles, State of California, upon the considerations hereinafter set forth, by and among the following parties:

EMPLOYER ASSOCIATIONS:

1. Associated General Contractors of California, Inc.
2. Building Industry Association of Southern California, Inc.
3. Engineering Contractors Association
4. Southern California Contractors Association, Inc.

UNIONS:

1. Southern California District Council of Laborers and its Affiliated Local Unions

or may act by a majority of the Union and a majority of the Employer Trustees actually executing a document.

5.9. <u>Deposits and Withdrawals</u>. All monies received by the Trustees shall be deposited in a bank prior to being used, and all withdrawals shall be made only by a check or withdrawal slip signed by those Trustees authorized by resolution to do so, provided that any resolution shall require the signature of an equal number of Union and Employer Trustees.

5.10. <u>Surety Bond</u>. The Trustees shall secure fidelity and other bonds as may be required or appropriate for each Trustee or other person authorized to receive, handle, deal with or draw upon the monies in the Committee for any purpose whatsoever, said bonds are to be in such reasonable amounts and to be obtained from such source as the Trustees shall determine. The cost of such bonds shall be paid out of the assets of the Committee.

5.11. <u>Audits</u>. The Trustees or their designee may, at reasonable times and during normal business hours, audit or cause the audit or an inspection of the records of any Employer which may be pertinent in connection with Contributions and/or reports. In the event such audit or inspection shall disclose that the Employer is in default in the payment of Contributions to the Committee, or if such audit or inspection shall be made by reason of the failure of the Employer to submit reports as required by the Trustees, the Employer shall, upon demand, pay to the Fund the actual costs of such audit or inspection.

# AGREEMENT AND DECLARATION OF TRUST ESTABLISHING THE LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA

THIS TRUST was established on the 1st day of January, 1993, by and among Associated General Contractors of California, Inc. ("AGC"), Southern California Contractors Association, Inc. ("SCCA"), Building Industry Association of Southern California, Inc. ("BIA"), and Engineering Contractors Association, Inc. ("ECA") as "TRUSTORS" and as "TRUSTEES" for the Laborers Contract Administration Trust Fund for Southern California.

This agreement is entered into for the purpose of restating and carrying out the provisions of the MASTER LABOR AGREEMENT between the SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS, the ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC., the BUILDING INDUSTRY ASSOCIATION OF SOUTHERN CALIFORNIA, INC., and the SOUTHERN CALIFORNIA CONTRACTORS ASSOCIATION, INC., dated July 1, 1992, and successor agreements (the "Master Labor Agreement"). The effective date of this agreement is January 1, 1993. All monies and other assets that become the subject of this agreement shall constitute the trust fund (the "Fund"), and shall be held, administered and distributed by the Trustees as herein provided:

ARTICLE VII

EMPLOYER CONTRIBUTIONS

Section 7.1 RATE OF CONTRIBUTIONS: Each Individual Employer shall contribute to the Trust Fund, the amount required by any applicable Collective Bargaining Agreement.

Section 7.2 TIME OF CONTRIBUTIONS AND REPORTS: Contributions shall be due and payable by the Individual Employer on or before the 20th day of each month covering hours worked by each Employee through the last pay period in the prior calendar month. Each Individual Employer shall file a monthly report in the form established by the Trustees and such report shall be filed regardless of whether the Individual Employer has employed any employees in the month covered by the report.

Section 7.3 DELINQUENCIES: Any Individual Employer who fails to make contributions due to the Fund on or before the 20th day of the month in which said contribution is due, shall be considered delinquent and thereafter, obligated and liable and subject to the following:

(a) The same measure of remedies, damages and expense recoveries as are available and assessed or otherwise pursued by one or more of the other trust funds to which the Individual Employer contributes for work performed or paid for under the applicable Collective Bargaining Agreement.

(b) The parties recognize and acknowledge that the regular and prompt payment of Individual Employer contributions to the Fund is essential to the maintenance in effect of the Fund, and that it would be extremely difficult, if not

impracticable to fix the actual expense and damage to the Fund which would result from the failure of an Individual Employer to pay such monthly contributions in full within the time above provided. Therefore, the amount of damage to the Fund resulting from any such failure shall be presumed to be the sum of $20 per delinquency or 10% of the amount of the contribution or contributions due, whichever is greater, which amount shall become due and payable to the Fund as liquidated damages and not as a penalty, in El Monte, California, upon the day immediately following the date on which the contribution or contributions become delinquent and shall be in addition to said delinquent contribution or contributions.

(c) The Trustees may instruct legal counsel to institute legal action to enforce collection. A delinquent Individual Employer shall pay all reasonable attorneys' fees, court costs and other expenses incurred in the enforcing of collection from such Individual Employer and each Individual Employer shall make all applicable books and records available for such purpose. Collection actions may be brought by the Trustees in the name of the Trust or in the name of the Trustees or in the name of an assignee.

(d) The Union may remove Employees covered by any Collective Bargaining Agreement from employment with a delinquent Individual Employer, providing notice of such action is given not less than 24 hours in advance thereof to the delinquent Individual Employer. Such removal of employees and cessation of work by Employees for such delinquent Individual Employer shall continue

until the Trustee or the Administrator of the Fund verifies that any money owing to the Fund by such Individual Employer has been paid or otherwise accommodated.

(e) Any Individual Employer may be absolved from any or all of the foregoing liabilities and liquidated damages if such Individual Employer satisfies the Trustees that he failed to pay any contribution or was delinquent with respect thereto or with respect to any report because of an honest mistake, clerical error or other reason satisfactory to the Trustees.

(f) The acceptance of any contributions from any Individual Employer shall not release or discharge such Individual Employer from his obligation to contribute for all hours worked under any Collective Bargaining Agreement for which no contribution has actually been received, notwithstanding any statement, restriction or qualification appearing on any check from any Individual Employer.

Section 7.4 REPORTS ON CONTRIBUTIONS: Each Individual Employer shall make such reports and statements to the Trustees with respect to the amounts and the calculation of any and all contributions required of said Individual Employer as the Trustees may deem necessary or desirable. The Trustees may, at any reasonable time and during normal business hours, audit or cause an audit or inspection to be made of the records of any Individual Employer which may be pertinent in connection with the determination of the proper amounts of said Individual Employers' contributions.