CLTF

Construction Laborers Trust Funds
for Southern California Administrative Company, LLC.

COLLECTION OFFICE

May 19, 2016

**Morrow-Meadows Corporation**
231 Benton Court
City of Industry, CA 91789

Re: Audit Billing Acct. # 104344
**PARTIAL** - Audit Period: September 1, 2013 - January 31, 2016

Gentlemen:

Pursuant to our audit of your records, based on the materials and information you furnished, attached is a Schedule of Outstanding Delinquencies.

| Account # | Fringe Benefits | Liquidated Damages | Interest | Audit Fees | Total |
|---|---|---|---|---|---|
| 104344 (MLA12) | $53,291.79 | $13,774.78 | $6,215.09 | $1,760.00 | $75,041.66 |
| **Grand Total** | $53,291.79 | $13,774.78 | $6,215.09 | $1,760.00 | $75,041.66 |

Your remittance in the amount of $75,041.66 is now due and payable to the Southern California Laborers' Trusts.

Should we not hear from you within twenty (20) days from the date of this notice to resolve the billing notice, your account(s) will be published on the **DELINQUENT ROSTER** with the Southern California Laborers Trust Funds Administrative Company, LLC. This list is distributed to all local unions and contractors throughout Southern California and being placed in the Delinquency Roster may affect your company's ability to obtain future contracts for work.

This is a Partial Audit Billing. Per the terms of the Master Labor Agreement, we ae still seeking review the balance of payroll not yet reviewed from September 1, 2013-Present.

If you have any questions regarding the audit, please contact the undersigned, at **(626) 258-9044, Ext. 130.** In the event you do not require any additional information, we trust that payment will be forthcoming.

Sincerely,
CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC

George Figueroa
Account Representative
gfigueroa@cltf.com

Cc: Richard Quevedo, Executive Director
George Moss, Audit Manager
Marisela Andrade, Field Auditor
Marcy Uribe Sanchez, PSWA

**Account #: 104344**

**CONSTRUCTION LABORERS TRUST FUND AUDIT**
**PARTIAL - SCHEDULE OF OUTSTANDING DELINQUENCIES**
**MORROW-MEADOWS CORPORATION**
231 BENTON COURT
CITY OF INDUSTRY, CA 91789

**Audit Billing for the Period: September 1, 2013 - January 31, 2016**

**Agreement / Rate Variation - Sig Type: Laborers / Standard - MLA-12**

**Audit Under Reported Employees**

| Work Period | Job Class | Composite Rate | Hours | Contributions | Liquidated Damages | Interest | Interest Period | Total |
|---|---|---|---|---|---|---|---|---|
| 01/01/2014 | J | $18.19 | 44.00 | $800.36 | $159.76 | $103.27 | 05/16/16 | $1,063.39 |
| 04/01/2014 | J | $18.19 | 40.00 | $727.60 | $145.24 | $84.00 | 05/16/16 | $956.84 |
| 04/01/2015 | J | $18.79 | 120.00 | $2,254.80 | $450.12 | $130.11 | 05/16/16 | $2,835.03 |
| Audit Under Reported | Totals: | | 204.00 | $3,782.76 | $755.12 | $317.38 | | $4,855.26 |

**Subcontractor Violations**

| Work Period | Job Class | Composite Rate | Hours | Contributions | Liquidated Damages | Interest | Interest Period | Total |
|---|---|---|---|---|---|---|---|---|
| 01/10-8/13 | AUDIT | | | $0.00 | $2,902.70 | $1,407.52 | 02/06/14 | $4,310.22 |
| 09/01/2013 | | | | $21,700.67 | $4,340.13 | $3,224.55 | 05/16/16 | $29,265.35 |
| 11/01/2013 | | | | $1,418.82 | $283.76 | $197.02 | 05/16/16 | $1,899.60 |
| 03/01/2014 | | | | $1,400.63 | $280.13 | $167.97 | 05/16/16 | $1,848.73 |
| 05/01/2014 | | | | $181.90 | $36.38 | $20.01 | 05/16/16 | $238.29 |
| 06/01/2014 | | | | $1,255.11 | $251.02 | $132.52 | 05/16/16 | $1,638.65 |
| 10/01/2014 | | | | $977.08 | $195.42 | $83.93 | 05/16/16 | $1,256.43 |
| 11/01/2014 | | | | $1,334.09 | $266.82 | $108.49 | 05/16/16 | $1,709.40 |
| 01/01/2015 | | | | $977.08 | $195.41 | $69.90 | 05/16/16 | $1,242.39 |
| 03/01/2015 | | | | $169.11 | $33.82 | $10.56 | 05/16/16 | $213.49 |
| 05/01/2015 | | | | $1,033.45 | $206.69 | $54.56 | 05/16/16 | $1,294.70 |
| 06/01/2015 | | | | $1,728.68 | $345.74 | $83.12 | 05/16/16 | $2,157.54 |
| 07/01/2015 | | | | $1,277.72 | $255.54 | $54.82 | 05/16/16 | $1,588.08 |
| 08/01/2015 | | | | $1,469.93 | $293.99 | $56.33 | 05/16/16 | $1,820.25 |
| 10/01/2015 | | | | $1,393.57 | $278.71 | $39.79 | 05/16/16 | $1,712.07 |
| 01/01/2016 | | | | $13,191.19 | $2,633.40 | $186.62 | 05/16/16 | $16,011.21 |
| Subcontractor | Totals: | | 0.00 | $49,509.03 | $12,799.66 | $5,897.71 | | $68,206.40 |

**Past Delinquencies**

| Work Period | Job Class | Composite Rate | Hours | Contributions | Liquidated Damages | Interest | Interest Period | Total |
|---|---|---|---|---|---|---|---|---|
| 07/01/2014 | | | | $0.00 | $220.00 | $0.00 | | $220.00 |
| Past Delinquencies | Totals: | | | $0.00 | $220.00 | $0.00 | | $220.00 |
| **Agreement / Rate Variation Totals:** | | | **204.00** | **$53,291.79** | **$13,774.78** | **$6,215.09** | | **$73,281.66** |

**Other Fees and Costs:**

| Type | Date | Description | | Balance |
|---|---|---|---|---|
| AUDIT | 10/09/2013 | Audit Fees: Audit 20130324 | | $480.00 |
| AUDIT | 10/11/2013 | Audit Fees: Audit 20130324 | | $480.00 |
| AUDIT | 05/12/2016 | Audit Fees: Audit 20140420 | | $800.00 |
| | | | **Total Fees:** | **$1,760.00** |

| | Hours | Contributions | Liquidated Damages | Interest | Total |
|---|---|---|---|---|---|
| **Grand Totals:** | **204.00** | **$53,291.79** | **$13,774.78** | **$6,215.09** | **$75,041.66** |

#20140420

## MORROW-MEADOWS CORPORATION # 104344

## SCHEDULE OF HOURS UNDER REPORTED

**Audit Period: 09/01/2013 - 01/31/2016**

| Name | SSN | Work Period | Job Class | Hours Worked | Hours Reported | Hours Due | Hourly Fringe Rate | Flat Fringe Rate | * Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| **Under Reported Employees** | | | | | | | | | |
| **Agreement:** Laborers (Standard - MLA-12) | | | | | | | | | |
| CHEW, ERIC | xxx-xx-4862 | 01/14 | J | 127.00 | 83.00 | 44.00 | 18.19 | | 800.36 |
| | | | Job Class 'J' Total: | | | 44.00 | | | 800.36 |
| | | | Jan-14 Total: | | | 44.00 | | | 800.36 |
| CHEW, ERIC | xxx-xx-4862 | 04/14 | J | 48.00 | 8.00 | 40.00 | 18.19 | | 727.60 |
| | | | Job Class 'J' Total: | | | 40.00 | | | 727.60 |
| | | | Apr-14 Total: | | | 40.00 | | | 727.60 |
| CHEW, ERIC | xxx-xx-4862 | 04/15 | J | 120.00 | 0.00 | 120.00 | 18.79 | | 2,254.80 |
| | | | Job Class 'J' Total: | | | 120.00 | | | 2,254.80 |
| | | | Apr-15 Total: | | | 120.00 | | | 2,254.80 |
| | | | Under Reported Employees Total: | | | 204.00 | | | 3,782.76 |
| | | | Grand Total: | | | 204.00 | | | 3,782.76 |

* Note: The amounts due calculated per employee may have small rounding differencies. Consequently, the total due per the Schedule of Hours Under Reported may vary from the total that appears on the Schedule of Outstanding Delinquencies. The amount payable is the amount that appears on the Schedule of Outstanding Delinquencies and is calculated by taking the total hours due for the work period multiplied by the fringe benefit rate.

*Page 1 of 1*

*SCHEDULE A*

## SCHEDULE OF SUBCONTRACT LABOR

**CONTRACTOR: Morrow-Meadows Corporation**
**ACCOUNT #: 104344**

| SUBCONTRACTOR | DATE PAID | AMOUNT PAID | % OF LABOR COST | ESTIMATED LABOR COST | WAGE RATE | TOTAL HOURS | FRINGE BENEFIT RATE | FRINGE BENEFIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Corrpro Companies, Inc. | 9/13/2013 | $2,025.00 | 50% | $1,012.50 | $33.24 | 31.00 | $18.19 | $563.89 |
| Corrpro Companies, Inc. | 9/20/2013 | $5,400.00 | 50% | $2,700.00 | $33.24 | 82.00 | $18.19 | $1,491.58 |
| Corrpro Companies, Inc. | 9/27/2013 | $5,730.97 | 50% | $2,865.49 | $33.24 | 87.00 | $18.19 | $1,582.53 |
| Corrpro Companies, Inc. | 7/14/2015 | $2,326.70 | 50% | $1,163.35 | $34.66 | 34.00 | $18.79 | $638.86 |
| Diamon D's Concrete Cutting | 1/15/2015 | $500.00 | 50% | $250.00 | $34.66 | 8.00 | $18.79 | $150.32 |
| Diamon D's Concrete Cutting | 10/8/2015 | $5,000.00 | 50% | $2,500.00 | $34.66 | 73.00 | $19.09 | $1,393.57 |
| Nowlin Fence, Inc. | 11/7/2013 | $150.00 | 50% | $75.00 | $33.24 | 3.00 | $18.19 | $54.57 |
| Nowlin Fence, Inc. | 5/15/2014 | $625.00 | 50% | $312.50 | $33.24 | 10.00 | $18.19 | $181.90 |
| Nowlin Fence, Inc. | 7/23/2015 | $2,298.00 | 50% | $1,149.00 | $34.66 | 34.00 | $18.79 | $638.86 |
| RCB Construction, Inc. | 9/26/2013 | $65,958.00 | 50% | $32,979.00 | $33.24 | 993.00 | $18.19 | $18,062.67 |
| RCB Construction, Inc. | 11/14/2013 | $4,940.00 | 50% | $2,470.00 | $33.24 | 75.00 | $18.19 | $1,364.25 |
| RCB Construction, Inc. | 1/7/2016 | $47,849.00 | 50% | $23,924.50 | $34.66 | 691.00 | $19.09 | $13,191.19 |
| RS Construct, Inc. | 10/16/2014 | $3,291.00 | 50% | $1,645.50 | $34.66 | 48.00 | $18.79 | $901.92 |
| Team C Construction | 3/27/2014 | $5,100.00 | 50% | $2,550.00 | $33.24 | 77.00 | $18.19 | $1,400.63 |
| Team C Construction | 6/12/2014 | $4,560.00 | 50% | $2,280.00 | $33.24 | 69.00 | $18.19 | $1,255.11 |
| Team C Construction | 10/9/2014 | $240.00 | 50% | $120.00 | $34.66 | 4.00 | $18.79 | $75.16 |
| Team C Construction | 11/20/2014 | $4,900.00 | 50% | $2,450.00 | $34.66 | 71.00 | $18.79 | $1,334.09 |
| Team C Construction | 1/29/2015 | $3,000.00 | 50% | $1,500.00 | $34.66 | 44.00 | $18.79 | $826.76 |
| Team C Construction | 3/12/2015 | $600.00 | 50% | $300.00 | $34.66 | 9.00 | $18.79 | $169.11 |
| Team C Construction | 5/14/2015 | $3,800.00 | 50% | $1,900.00 | $34.66 | 55.00 | $18.79 | $1,033.45 |
| Team C Construction | 6/18/2015 | $6,320.00 | 50% | $3,160.00 | $34.66 | 92.00 | $18.79 | $1,728.68 |
| Team C Construction | 8/6/2015 | $5,300.00 | 50% | $2,650.00 | $34.66 | 77.00 | $19.09 | $1,469.93 |
| | | | | | | | | |
| **Total Forward** | | **$179,913.67** | | **$89,956.84** | | **2667.00** | | **$49,509.03** |

*Hours Due=Estimated Labor Cost Divided by Wage Rate