ALEXANDER B. CVITAN (SBN 81746),
Email: alc@rac-law.com
J. DAVID SACKMAN (SBN 106703)
Email: jds@rac-law.com
MARSHA M. HAMASAKI (SBN 102720),
Email: marshah@rac-law.com, Members of
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860, Facsimile: (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Co.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MORROW-MEADOWS CORPORATION, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants. | Case No: 2:16-cv-07454-MWF-AS<br><br>**DECLARATION OF J. DAVID SACKMAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing<br>Date: March 27, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 5A, 5th Floor<br>350 W. 1st Street<br>Los Angeles, California 90012 |

I, J. DAVID SACKMAN, declare as follows:

1. [Identity] I am an attorney licensed and admitted to practice in the State of California, and am admitted to practice in this District Court. I am a member of Reich, Adell & Cvitan, attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, LLC (CLTF). I have appeared as the primary counsel for Plaintiff in this case.

2. [DEMAND FOR AUDIT] After this case was referred to my office, on June 10, 2016, I wrote to Defendant Morrow-Meadows Corporation (Employer), demanding a full audit of its books and records, as previously requested by CLTF. A copy of this letter (without the enclosed Partial Audit, which is separately attached as Exhibit 36 to the Declaration of Richard Quevedo) is attached here as **Exhibit 21**. At that time, I found no indication that the Employer was represented by counsel, so I addressed Exhibit 21 directly to the Employer. Subsequently, I was forwarded a letter from David McLeod, counsel for the Employer, dated June 6, 2016, to CLTF, which is Exhibit 20 to the Declaration of Richard Quevedo. I thereafter contacted Mr. McLeod, and directed all further communications to him.

3. [COMMUNICATIONS REGARDING AUDIT] I then exchanged communications with Mr. McLeod, in an attempt to negotiate completion of the audit, without litigation. Some of that correspondence was copied to Andrea Alfaro, claims agent for now-Defendant American Contractors Indemnity Company (ACIC). That exchange of correspondence is attached here as the following Exhibits:

| Ex. | Description |
|---|---|
| **23** | Letter David McLeod - J. David Sackman 6/23/2016 |
| **24** | Letter J. David Sackman - David McLeod 6/27/2016 |
| **25** | Letter David McLeod - J. David Sackman 7/8/2016 |
| **26** | Email J. David Sackman - David McLeod 7/8/2016 |
| **27** | Letter David McLeod - J. David Sackman 7/11/2016 |
| **28** | Email J. David Sackman - David McLeod 8/4/2016<br>(including attached Letter of 6/27/16; MLA Art. XXV;<br>Order Granting Partial Summary Judgment in C.D. Cal. No. 13cv414) |
| **29** | Letter David McLeod - J. David Sackman 8/11/2016 |

4. [REFUSAL OF FULL AUDIT] As stated in Mr. McLeod's letter of July 11, 2016 (Ex. 27), the Employer will only allow CLTF to "review a summary of labor hours worked from its accounting system (without employee information), Union Reports and check copies for what was reported and paid to the Union(s)" and it will not "provide payroll records for employees that are not laborers" according to the Employer, "who were working under the IBEW Agreement." In other words, no payroll would be provided, other than that already provided for the one employee, Eric Chew, who the Employer admitted is a laborer. As stated in the final letter from Mr. McLeod, Exhibit 29, the Employer is sticking with that final offer.

5. [CONTINUED REFUSAL AFTER SUIT FILED] I prepared and filed this lawsuit on October 5, 2016. After Defendants appeared in this action, I have had further conversations and correspondence with Mr. McLeod. His position, on behalf of the Employer, regarding the scope of the audit, has not changed since then.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of February, 2017, at Los Angeles, California.

/s/ J. David Sackman
J. DAVID SACKMAN
Declarant

# INDEX OF EXHIBITS


| Ex. | Description | Page |
|---|---|---|
| 21 | Letter J. David Sackman – Morrow-Meadows Corp. 6/10/2016 | 5 |
| 23 | Letter David McLeod - J. David Sackman 6/23/2016 | 10 |
| 24 | Letter J. David Sackman - David McLeod 6/27/2016 | 11 |
| 25 | Letter David McLeod - J. David Sackman 7/8/2016 | 13 |
| 26 | Email J. David Sackman - David McLeod 7/8/2016 | 14 |
| 27 | Letter David McLeod - J. David Sackman 7/11/2016 | 15 |
| 28 | Email J. David Sackman - David McLeod 8/4/2016 (including attached Letter of 6/27/16; MLA Art. XXV; Order Granting Partial Summary Judgment in C.D. Cal. No. 13cv414) | 28 |
| 29 | Letter David McLeod - J. David Sackman 8/11/2016 | 45 |