David S. McLeod (SBN 66808)
dmcleod@mmwf.com
Daniel J. Turner (SBN 207654)
dturner@mmwf.com
Jennifer S. Grock (SBN 245671)
jgrock@mmwf.com
McLEOD & WITHAM LLP
300 S. Grand Avenue, Suite 2525
Los Angeles, CA 90071
Tel: (213) 627-3600
Fax: (213) 627-6290

Attorneys for Defendants Morrow-Meadows Corporation and American Contractors Indemnity Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiffs<br><br>vs.<br><br>MORROW-MEADOWS CORPORATION, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation<br><br>Defendants | Case No. 2:16-cv-07454-MWF (ASx)<br><br>**DECLARATION OF DAVID S. MCLEOD IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 27, 2017<br>Time: 10:00 a.m.<br>Courtroom: 5A |

# DECLARATION OF DAVID S. McLEOD

I, David S. McLeod, declare:

1. I am a partner at the law firm of McLeod & Witham LLP, counsel for defendants Morrow-Meadows Corporation and American Contractors Indemnity Company.

2. Attached as Exhibit A are plaintiff's Responses to Defendant Morrow-Meadow's Corporation's Requests for Admissions (Set One).

3. Attached as Exhibit B is my letter to plaintiff dated June 6, 2006.

4. Attached as Exhibit C is a letter from counsel for plaintiff to Morrow-Meadows dated June 10, 2016.

5. Attached as Exhibit D is a letter from counsel for plaintiff to me dated June 27, 2016.

6. Attached as Exhibit E is my letter to counsel for plaintiff dated July 8, 2016.

7. Attached as Exhibit F is my letter to counsel for plaintiff dated July 11, 2016.

8. Attached as Exhibit G is my email to counsel for plaintiff dated August 4, 2016.

9. Attached as Exhibit H is an email from counsel for plaintiff to me dated August 4, 2016.

10. Attached as Exhibit I is my letter to counsel for plaintiff dated August 11, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness, I could and would competently testify thereto.

Executed on this 23rd day of February, 2017.

By: ______________________
David S. McLeod