**McLEOD & WITHAM LLP**

300 SOUTH GRAND AVENUE
SUITE 2525
LOS ANGELES, CALIFORNIA 90071
TEL 213-627-3600 FAX 213-627-6290
www.mmwf.com

Author Phone: (213) 627-6286
dmcleod@mmwf.com

June 6, 2016

**CERTIFIED MAIL**

George Moss, Audit Manager
Construction Laborers Trust Funds for Southern
California Administrative Company LLC
4401 Santa Anita Avenue
Suite 150
El Monte, CA 91731

Re: Morrow-Meadows Corporation;
Audit Billing Account #104344

Dear Mr. Moss:

Please be advised that we have been retained by Morrow-Meadows Corporation to respond to your audit request. The Company disputes the calculations set forth in the May 19 letter of George Figueroa and objects to the scope of your audit request. Please direct any further communications to our office.

We understand that the Company has properly reported to the Laborer's Trust Funds for the one laborer that it employed. You already have those documents.

All other relevant work was performed by IBEW electricians and was reported to the IBEW Trust Funds. We will allow you to review documents at Morrow-Meadows that prove the work was reported to the IBEW Trust Funds.

Please call me to arrange a mutually convenient time for the review.

Very truly yours,

David S. McLeod

Exhibit B
Page 10