REICH, ADELL & CVITAN
A PROFESSIONAL LAW CORPORATION

3550 WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90010
TEL: (213) 386-3860 • FAX: (213) 386-5583
www.rac-law.com

HIRSCH ADELL
ALEXANDER B. CVITAN
MARIANNE REINHOLD
LAURENCE S. ZAKSON
CARLOS R. PEREZ
NEELAM CHANDNA
WILLIAM Y. SHEH

J. DAVID SACKMAN
MARSHA M. HAMASAKI
PETER A. HUTCHINSON
NATALIA BAUTISTA
AARON G. LAWRENCE
ANGELA SERRANZANA
ADAM J. THOMAS
CHUONG NGUYEN
JAVIER J. CASTRO

OF COUNSEL
SHIRLEY A. LEE

JULIUS MEL REICH
(1933-2000)

June 10, 2016

Karen Virginia Price
Morrow-Meadows Corporation
231 Benton Court
City of Industry, CA 91789

Re: Construction Laborers Trust Funds for Southern California Admin. Co. v. Morrow-Meadows Corp. Audit #104344 (our # LTADC.1369A)

Dear Ms. Price:

This office represents the Construction Laborers Trust Funds for Southern California Administrative Company (Trust Funds). The Trust Funds attempted to audit your records, pursuant to your collective bargaining agreement with the Southern California District Council of Laborers and its Affiliated Locals (Union). However, you did not allow a full audit. Only a partial audit was completed, which is attached. At this time, you need to:

1) Arrange for payment of the partial audit; and

2) Arrange for completion of the full audit.

If this is not done promptly, we must file suit to compel a full audit, and to collect any delinquencies found. Please contact the auditor, below, to arrange for the audit, and contact me to arrange payment, or if you have any questions. The best way to reach me is by email at: jds@rac-law.com.

Sincerely,

J. David Sackman
REICH, ADELL & CVITAN

JDS:caw
Encl: Partial Audit 9/2013-1/2016
Cc: Marisela Andrade, CLTF (via email: mtrujillo@cltf.com)
George Figueroa, CLTF (via email: gfigueroa@cltf.com)

303688v1