REICH, ADELL & CVITAN
A PROFESSIONAL LAW CORPORATION

3550 WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90010
TEL: (213) 386-3860 • FAX: (213) 386-5583
www.rac-law.com

HIRSCH ADELL
ALEXANDER B. CVITAN
MARIANNE REINHOLD
LAURENCE S. ZAKSON
CARLOS R. PEREZ
NEELAM CHANDNA
WILLIAM Y. SHEH
J. DAVID SACKMAN
MARSHA M. HAMASAKI
PETER A. HUTCHINSON
NATALIA BAUTISTA
AARON G. LAWRENCE
ANGELA SERRANZANA
ADAM J. THOMAS
CHUONG NGUYEN
JAVIER J. CASTRO

OF COUNSEL
SHIRLEY A. LEE

JULIUS MEL REICH
(1933-2000)

June 27, 2016

**Via Facsimile and Email**
Fax No. 213-627-6290
Email: dmcleod@mmwf.com, lperez@mmwf.com

David S. McLeod
MCLEOD & WITHAM LLP
300 South Grand Ave. Suite 2525
Los Angeles, CA 90071

Re: Construction Laborers Trust Funds for Southern California Admin. Co v. Morrow-Meadows Corp. Audit #104344 (our # LTADC.1369A)

Dear Mr. McLeod:

In response to the partial audit of your client, Morrow-Meadows Corp. (Employer) by our client, the Construction Laborers Trust Funds for Southern California Administrative Company (Trust Funds), you contend that, other than one employee, "All other relevant work was performed by IBEW electricians and was reported to the IBEW Trust Funds." Your letter to my client states that "We will allow you to review documents at Morrow-Meadows that prove the work was reported to the IBEW Trust Funds."

In order to do what you suggest, we will need to review the *full* payroll of the Employer, and compare it to the contribution reports to the IBEW Trust Funds, for the audit period of September 2013 through January 2016. This is what I meant by "completion of the full audit" in my June 10 letter to your client. Completing this audit would be without prejudice to the positions of the parties as to whether or not such work was covered by the Laborers agreements, and whether or not payment to the IBEW Trust Funds would be recognized as a defense. Before we can even address those issues, we need to know whether the issues even arise at all. As noted by the Supreme Court the ability of trust funds to audit a sample larger than what the employer admitted was covered is supported:

> "by the accounting profession's generally accepted auditing standards, which articulate the elementary principle that for an auditor to verify a certain selection decision, he must refer to a universe broader than the selection itself." *Cent. States, Se. & Sw. Areas Pension Fund v. Cent. Transp., Inc.*, 472 U.S. 559, 567, 105 S. Ct. 2833, 86 L. Ed. 2d 447 (1985).

Please let me know whether your client will provide the records requested. The best way to reach me is by email at:
jds@rac-law.com.

Sincerely,

J. David Sackman
REICH, ADELL & CVITAN

JDS/va
cc: Marisela Andrade, CLTF (via email: mtrujillo@cltf.com)
George Figueroa, CLTF (via email: gfigueroa@cltf.com)

304387v1