**McLEOD & WITHAM LLP**

300 SOUTH GRAND AVENUE
SUITE 2525
LOS ANGELES, CALIFORNIA 90071
TEL 213-627-3600 FAX 213-627-6290
www.mmwf.com

Author Phone: (213) 627-6286
dmcleod@mmwf.com

July 8, 2016

**BY EMAIL**

J. David Sackman
REICH, ADELL &CVITAN
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010

Re: Morrow-Meadows Corporation;
Audit Billing Account #104344

Dear Mr. Sackman:

Morrow-Meadows Corporation (Company) responds to the audit requests as follows.

The Company disputes the "partial audit" calculations set forth in the May 19 letter of George Figueroa. The Company will contact the staff at Laborers Trust Funds and attempt to reach a resolution on the "partial audit."

The Company objects to the scope of the full audit request. Except for Eric Chew all other relevant work was performed by IBEW electricians and was reported to the IBEW Trust Funds. Company will allow Laborers Trust Funds to review documents at Company that prove the work was reported to the IBEW Trust Funds. Please call me to arrange a mutually convenient time for the review.

Very truly yours,

David S. McLeod