**McLEOD & WITHAM LLP**

300 SOUTH GRAND AVENUE
SUITE 2525
LOS ANGELES, CALIFORNIA 90071
TEL 213-627-3600 FAX 213-627-6290
www.mmwf.com

Author Phone: (213) 627-6286
dmcleod@mmwf.com

July 11, 2016

**BY EMAIL**

J. David Sackman
REICH, ADELL &CVITAN
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010

Re: Morrow-Meadows Corporation;
Audit Billing Account #104344

Dear Mr. Sackman:

I write in reply to your voicemail of last Friday, July 8, which was in response to my letter to you regarding the full audit demand and my clients letter to Laborers Trust Funds staff trying to resolve the partial audit.

As I understood your voicemail it is the position of Laborers Trust Funds that it refuses to resolve the partial audit until the full audit is also resolved. If that is not accurate please advise. Assuming it is accurate please explain why the partial audit cannot be resolved independent of the demanded full audit. My client sent your client a good faith analysis and dollar offer on the partial audit.

Regarding the full audit you demand, my client has consistently stated it would allow Laborers Trust Funds to review the documents that prove the work was reported to the IBEW Trust Funds. Specifically, it will allow your client to review a summary of labor hours worked from its accounting system (without employee information), Union Reports and check copies for what was reported and paid to the Union(s). It will not provide payroll records for employees that are not laborers and who were working under the IBEW Agreement. Such a demand is overbroad, unduly burdensome, and raises substantial privacy issues regarding personal identification information.

I look forward to receiving your response.

Very truly yours,

David S. McLeod