McLEOD & WITHAM LLP

Lety Perez <lperez@mmwf.com>

## RE: Morrow Meadows Corporation - Construction Laborers Trust Funds for Southern California; (our # LTADC.1369A)

**David McLeod** <dmcleod@mmwf.com> Thu, Aug 4, 2016 at 11:55 AM
To: "J. David Sackman" <JDS@rac-law.com>, "Alfaro, Andrea" <AHobson@tmhcc.com>
Cc: Virginia Alvarez <VirginiaA@rac-law.com>, "Lety Perez (lperez@mmwf.com)" <lperez@mmwf.com>

Mr. Sackman, you have not responded to my July 11 letter. Please do so in due course. Morrow-Meadows again confirms that it wants to resolve this matter. I urge your client to visit the Morrow-Meadows office and review the offered documents. Morrow-Meadows proposes the following dates: August 23, September 6 or October 4. David McLeod.

[Quoted text hidden]

--
David S. McLeod
McLeod & Witham LLP
300 South Grand Avenue, Suite 2525
Los Angeles, California 90071
Direct: (213) 627-6286
Main: (213) 627-3600
Fax: (213) 627-6290
dmcleod@mmwf.com
www.mmwf.com

This e-mail (including any attachments) may contain confidential information that is private, proprietary or protected by the attorney-client privilege, work product doctrine or other privileges. If you received this e-mail in error, please delete it from your system without downloading, copying or saving it and notify the sender by reply e-mail to allow us to correct our records. Unauthorized use, copying, disclosure or dissemination of the information in this e-mail is prohibited and may be subject to legal restriction or sanction. Thank you.

**Exhibit G**
**Page 17**