McLEOD & WITHAM LLP

Lety Perez <lperez@mmwf.com>

# RE: Morrow Meadows Corporation - Construction Laborers Trust Funds for Southern California; (our # LTADC.1369A)

**J. David Sackman** <JDS@rac-law.com> Thu, Aug 4, 2016 at 12:14 PM
To: David McLeod <dmcleod@mmwf.com>
Cc: Virginia Alvarez <VirginiaA@rac-law.com>, "Lety Perez (lperez@mmwf.com)" <lperez@mmwf.com>, "gmoss@cltf.com" <gmoss@cltf.com>

Mr. McLeod:

Your letter of July 11, 2016 is the same as your letter to me of July 8 and your letter to my client on June 6. In each, you assert that your client will only produce payroll records for those it considers "laborers," without the employee information the Trust Funds require, and will NOT provide records for employees that it does not consider "laborers." As I already explained in my letter of June 27 (attached), we require all payroll records for all employees for the audit period, and your other objections are without merit. Attached also is Article XXV from the Master Labor Agreement, which requires a full audit (see subsection J).

If your client is willing to provide this full audit, our auditor George Moss (copied here) will contact your client (or you first, if you wish) to arrange for the audit on one of the dates you suggest (8/23, 9/6 or 10/4).

However, if you will not agree to allow the *full* audit, we will have no choice but to file suit to compel an audit. Attached is a recent decision from the district court, in which we successfully obtained an order for a full audit. I urge you to convince your client to allow the full audit, as required by both its contract and obligations under ERISA, and save the considerable expense of litigation. If necessary, we can argue about the results of the audit once it is completed.

Sincerely,

J. David Sackman

---

**From:** David McLeod [mailto:dmcleod@mmwf.com]
**Sent:** Thursday, August 04, 2016 11:55 AM
**To:** J. David Sackman; Alfaro, Andrea
**Cc:** Virginia Alvarez; Lety Perez (lperez@mmwf.com)
**Subject:** Re: Morrow Meadows Corporation - Construction Laborers Trust Funds for Southern California; (our # LTADC.1369A)

[Quoted text hidden]
[Quoted text hidden]

**Exhibit H**
**Page 18**