**McLEOD & WITHAM LLP**

300 SOUTH GRAND AVENUE
SUITE 2525
LOS ANGELES, CALIFORNIA 90071
TEL 213-627-3600 FAX 213-627-6290
www.mmwf.com

Author Phone: (213) 627-6286
dmcleod@mmwf.com

August 11, 2016

**BY EMAIL**

J. David Sackman
REICH, ADELL &CVITAN
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010

Re: Morrow-Meadows Corporation;
Audit Billing Account #104344

Dear Mr. Sackman:

Morrow-Meadows is disappointed that you have refused its reasonable audit offer. As you are aware, the simple fact is that one employee who was a core driller was reported to the Laborers Trust Funds and the other field employees to the Electricians. The full audit demand is patently unreasonable under the facts.

The bottom line is that this is a jurisdictional dispute between the Electricians Union and the Laborers Union and should be resolved as such. The Laborers Trust Funds is asserting a claim that should be asserted by the Laborers Union. However, since the Laborers Union knows that it would lose such a grievance it has chosen to improperly try an end run through the Trust Funds. Morrow-Meadows urges your client to reconsider and accept the audit offer set forth in my July 11 letter.

Very truly yours,

David S. McLeod