ALEXANDER B. CVITAN (SBN 81746)
Email: alc@rac-law.com
J. DAVID SACKMAN (SBN 106703)
Email: jds@rac-law.com
MARSHA M. HAMASAKI (SBN 102720),
Email: marshah@rac-law.com, Members of
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860, Facsimile: (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Co.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,

Plaintiff,

vs.

MORROW-MEADOWS CORPORATION, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,

Defendants.

Case No: 2:16-cv-07454-MWF-AS

**OPPOSITION OF PLAINTIFF TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; REQUEST TO DENY FOR LACK OF OPPORTUNITY TO OBTAIN EVIDENCE**

**[Fed. R. Civ.P. 56(c) and (d)]**

Hearing
Date: March 27, 2017
Time: 10:00 a.m.
Place: Courtroom 5A, 5th Floor
350 W. 1st Street
Los Angeles, California 90012

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company (CLTF) hereby OPPOSES the Cross-Motion of Plaintiff for Partial Summary Judgment by Defendant Morrow-Meadows Corporation (Employer), and further requests that the Motion be Denied for lack of opportunity to present evidence, pursuant to Fed. R. Civ. P. 56(d):

"If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:

(1) defer considering the motion or deny it;

(2) allow time to obtain affidavits or declarations or to take discovery; or

(3) issue any other appropriate order." Fed. R. Civ. P. 56(d)

Here, the "facts" which the Employer asserts are uncontroverted, are precisely the facts which CLTF seeks in its cross-motion for summary judgment. Obtaining that information is the subject of CLTF's cross-motion to obtain an audit in order to verify these factual assertions. Under Fed. R. Civ. P. 56(d) this motion of the Employer must be denied or deferred until that audit is complete.

This Opposition and Request is based on this Opposition and attached Index of Exhibits, the accompanying Memorandum of Points and Authorities and Statement of Genuine Issues of Material Fact, and Supplemental Declaration of J. David Sackman in Opposition to Motion, all of the pleadings and papers on file in this case, and particularly the following pleadings and evidence filed by Plaintiff in support of its Cross-Motion for Summary Judgment:

| Docket No. | Description |
|---|---|
| 22-2 | Plaintiff's Proposed Statement of Uncontroverted Facts |
| 23 | Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment |
| 24 | Declaration of Richard Quevedo and attached exhibits |
| 25 | Declaration of J. David Sackman and attached exhibits |

The Employer has numbered its exhibits differently than the numbering of the same exhibits in Plaintiff's motion and in the parties disclosures. The same exhibit is even given different numbers or letters in different declarations in the Employer's

motion. Therefore, we provide the attached chart of all the exhibits (so far) presented in these cross-motions, for the Court's reference.

Respectfully Submitted,

Dated: March 6, 2017

ALEXANDER B. CVITAN,
J. DAVID SACKMAN, and
MARSHA M. HAMASAKI, Members of
REICH, ADELL & CVITAN,
A Professional Law Corporation

By: /s/ J. David Sackman
J. DAVID SACKMAN
Attorneys for Plaintiff