# INDEX OF EXHIBITS

CLTF v. MORROW-MEADOWS C.D. Cal. No. 2:16cv07454MWF

| Declaration of J. David Sackman (#25) | Declaration of Ric Quevedo (#24) | Declaration of David McLeod (#31) | Declaration of Eric Frid (#32) | Declaration of Rick Jarvis (# 33) | Declaration of Richard Reed (#34) | Description |
|---|---|---|---|---|---|---|
| | 1 | | | 28 | | Short Form Agreement 1987 |
| | 4 | | | 30 | | Master Labor Agreement 2015-2018 |
| | 7 | | | | | Laborers Health and Welfare Trust Fund For Southern California Excerpts |
| | 8 | | | | | Construction Laborers Pension Trust for Southern California Excerpts |
| | 9 | | | | | Construction Laborers Vacation Trust for Southern California Excerpts |
| | 10 | | | | | Laborers Training and Re-Training Trust Fund for Southern Calif. Excerpts |
| | 12 | | | | | Center for Contract Compliance Excerpts |
| | 13 | | | | | Laborers Contract Administration Trust Fund for So. Calif. Correspondence Exceprts |
| | 20 | B | | | | Letter David McLeod to CLTF dated June 6, 2016 |
| | 36 | | E | | | Partial Audit for Sep. 2013 – Jan. 2016 dated May 19, 2016 |
| 21 | | C | | | | Letter J. David Sackman – Morrow-Meadows Corp. June 10, 2016 |
| 23 | | | | | | Letter to David McLeod - J. David Sackman June 23, 2016 |
| 24 | | D | | | | Letter to J. David Sackman - David McLeod June 27, 2016 |
| 25 | | E | | | | Letter to David McLeod - J. David Sackman July 8, 2016 |
| 26 | | | | | | Email J. David Sackman - David McLeod July 8, 2016 |
| 27 | | F | | | | Letter David McLeod - J. David Sackman July 11, 2016 |
| 28 | | G | | | | McLeod email to J. David Sackman dated August 4, 2016 |
| 28 | | | | | | J. David Sackman Email - David McLeod August 4, 2016 (including attached Letter of June 27, 2016; MLA Art. XXV; Order Granting Partial Summary Judgment in C.D. Cal. No. 13cv414) |
| 28 | | H | | | | J. David Sackman Email - David McLeod dated August 4, 2016 |
| 29 | | I | | | | Letter David McLeod - J. David Sackman August 11, 2016 |
| 30 (in Supp Decl # 38) | | | | | | Correspondence with Plan for Jurisdictional Disputes re: Comet Electric |
| | | A | | | | Plaintiff's Responses to Requests for Admissions |
| | | | A | | | Ms. Andrade's December 16, 2016 letter |

| Declaration of J. David Sackman (#25) | Declaration of Ric Quevedo (#24) | Declaration of David McLeod (#31) | Declaration of Eric Frid (#32) | Declaration of Rick Jarvis (# 33) | Declaration of Richard Reed (#34) | Description |
|---|---|---|---|---|---|---|
| | | | B | | | Eric Frid March 22, 2016 e-mail exchange with Ms. Andrade |
| | | | C | | | George Moss e-mail to Eric Frid dated March 30, 2016 |
| | | | D | | | Frid April 22, 2016 e-mail exchange with G. Moss |
| | | | F | | | Frid July 8, 2016 letter to G. Figueroa |
| | | | | 1 | | IWA Local 11 Los Angeles County (2012-2014) |
| | | | | 2 | A | IWA Local 11 Los Angeles County (2014-2019) |
| | | | | 3 | | IBEW, 9th District MOU (May 27, 2013 through May 29, 2016) |
| | | | | 4 | | Maintenance Agreement Local 11 Los Angeles County (January 1, 1995 through December 31, 1998) |
| | | | | 5 | | Material Handler Agreement Local 11 Los Angeles County(June 1, 1996 through May 31, 1999) |
| | | | | 6 | | IWA Southern Sierras Chapter and Local 440 (December 1, 2011 through November 30, 2014) |
| | | | | 7 | | IWA Southern Sierras Chapter and Local 440 Riverside County (December 1, 2014 through November 30, 2019) |
| | | | | 8 | | IWA Orange County Local 441 (June 1, 2012 through August 31, 2014) |
| | | | | 9 | | IWA Orange County Local Union 441 (September 1, 2014 - August 31, 2019) |
| | | | | 10 | | IWA Local 477 San Bernardino, Inyo and Mono Counties (June 1, 2015 through May 31, 2020) |
| | | | | 11 | | 9th District Sound & Communications Agreement Addendum No. 1 (December 1, 2011 to November 30, 2014) |
| | | | | 12 | | 9th District Sound & Communications Agreement Addendum No. 1 (December 1, 2014 to November 30, 2019 |
| | | | | 13 | | IWA San Diego and Imperial Counties (June 1, 2012 through May 31, 2015) |
| | | | | 14 | | IWA San Diego and Imperial Counties (June 1, 2015 through May 31, 2020) |
| | | | | 15 | | IWALocal 952 Ventura (October 1, 2009 — September 30, 2012) |

| Declaration of J. David Sackman (#25) | Declaration of Ric Quevedo (#24) | Declaration of David McLeod (#31) | Declaration of Eric Frid (#32) | Declaration of Rick Jarvis (# 33) | Declaration of Richard Reed (#34) | Description |
|---|---|---|---|---|---|---|
| | | | | 16 | | IWA Local 952 Ventura (October 1, 2009 — September 30, 2012) |
| | | | | 17 | | IWA Local 952 Ventura (October 1, 2015 through September 30, 2020) |
| | | | | 18 | | Letter of Assent - Inside Wireman's |
| | | | | 19 | | Letter of Assent - 9th District Market MOU |
| | | | | 20 | | Letter of Assent - Maint. & Fixture Cleaning |
| | | | | 21 | | Voluntary Recognition Agmt. Material Handler |
| | | | | 22 | | Letter of Assent - Southern Sierra NECA 1996 |
| | | | | 23 | | Letter of Assent - Orange County NECA 1994 |
| | | | | 24 | | Letter of Assent - Southern Sierra NECA 1993 |
| | | | | 25 | | Letter of Assent - Orange County NECA 1997 |
| | | | | 26 | | Letter of Assent - San Diego NECA 1993 |
| | | | | 27 | | Letter of Assent - Ventura 1983 |
| | | | | 29 | | 2012-2015 Master Laborers Agreement |
| | | | | 31 | | February 23, 2017 San Diego Electrical Trust letter to Morrow-Meadows |
| | | | | 32 | | February 23, 2017 IBEW No. 952 letter to Morrow-Meadows |
| | | | | | B | Constitution of the North America's Building Trades Unions for IBEW and LIUNA |
| | | | | | C | Plan for the Settlement of Jurisdictional Disputes in Construction Industry Covering U.S. and Canada June 1984 Amended - May 2011 |
| | | | | | | |