UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-7454-MWF(ASx)**   Dated: **February 21, 2018**

Title:   Construction Laborers Trust Funds for Southern California Administrative Company -v- Morrow-Meadows Corporation, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present   None Present

PROCEEDINGS (IN CHAMBERS):   COURT ORDER

In light of the Notice of Settlement [63] filed February 20, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for April 30, 2018 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90   Initials of Deputy Clerk   rs
CIVIL - GEN